**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: David M. Bizal                                CHAPTER 13
                    Debtor(s)
                                                     BKY. NO. 21-13212 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

    Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
09 Dec 2021, 09:51:02, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: f0e299665ddfdae10f8880f095dcd811040d722a13816ab746406ad62200683f