**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 21-13212** |
| **David M. Bizal** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **JPMorgan Chase Bank, National Association** | : | **Related Document #** |
| | : | |
| **Movant,** | : | |
| | : | |
| vs | : | |
| | : | |
| **David M. Bizal** | : | |
| **Kathleen Bizal** | : | |
| | : | |
| **Kenneth E. West** | | |
| **Respondents.** | | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank,

National Association, its successor and assigns ("Creditor") in the above referenced case. Please

send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Alyk L. Oflazian
Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L.
Oflazian.
Contact email is
ALOflazian@manleydeas.com

21-027807_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 21-13212** |
| **David M. Bizal** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| | : | |
| **JPMorgan Chase Bank, National** | : | **Related Document #** |
| **Association** | : | |
| **Movant,** | : | |
| | : | |
| **vs** | : | |
| | : | |
| **David M. Bizal** | : | |
| **Kathleen Bizal** | : | |
| | : | |
| **Kenneth E. West** | | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and

Request for Notices was filed electronically.  Notice of this filing will be sent to the following

parties through the Court's Electronic Case Filing System:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

   Joseph L Quinn, Attorney for David M. Bizal, CourtNotices@rqplaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

   David M. Bizal, 101 Kurtz Lane, Coatesville, PA  19320

   Kathleen Bizal, 101 Kurtz Ln, Coatesville, PA  19320

/s/ Alyk L. Oflazian

21-027807_PS