THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: David M. Bizal | : | |
|     Debtor, | : | Chapter 13 |
| | : | |
| David M. Bizal | : | |
|     Movant | : | Bankruptcy No.: 21-13212-elf |
| v. | : | |
| Kathleen M. Bizal | : | |
|     Respondent | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Hearing to be Held:**
**Date:  April 26, 2022**
**Time: 1:00pm**
**Place: United States Bankruptcy Court**
       **Eastern District of Pennsylvania**
       **Courtroom #1**
       **Robert N.C. Nix Sr. Federal Courthouse**
       **900 Market Street**
       **Philadelphia, PA 19107**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF DEBTOR'S OBJECTION TO CLAIM NO. 25 BY KATHLEEN M. BIZAL

    David Bizal, Debtor, by and through undersigned counsel, has filed an objection to the proof of claim you filed in this bankruptcy case.

    **Your claim may be reduced, modified, or eliminated**. **You should read these papers carefully and discuss them with your attorney, if you have one**.

    If you do not want the court to eliminate or change your claim, or if you want the court to consider your views, you or your lawyer must attend the hearing on the objection scheduled to be held before the Honorable Eric L. Frank, United States Bankruptcy Judge on **April 26, 2022 at 1:00pm** at the following location:

    United States Bankruptcy Court
    Eastern District of Pennsylvania
    Courtroom #1
    Robert N.C. Nix Sr. Federal Courthouse
    900 Market Street
    Philadelphia, PA 19107

                                               **ROSS, QUINN & PLOPPERT, P.C.**

                                BY:     */s/ Joseph Quinn*
                                                      Joseph Quinn, Esquire
                                                      Attorney I.D. No. 307467
                                                      192 S. Hanover Street, Suite 101
                                                      Pottstown, PA  19464
                                                      T: (610) 323 - 5300
                                                      F: (610) 323 - 6081
Date:  March 14, 2022                          JQuinn@rqplaw.com