THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: David M. Bizal | : | |
| Debtor, | : | Chapter 13 |
| | : | |
| David M. Bizal | : | |
| Movant | : | Bankruptcy No.: 21-13212-elf |
| v. | : | |
| | : | |
| Kathleen M. Bizal | : | |
| Respondent | : | |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Objection to Proof of Claim 25 filed by David M. Bizal, along with Notice of Objection filed on March 14, 2022 has been served upon the following by the means stated:

**_By means of ECF on March 14, 2022_:**

John A. Gagliardi, Esquire on behalf of Kathleen M Bizal
jgagliardi@wgflaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com

**ROSS, QUINN & PLOPPERT, P.C.**

BY:    _/s/ Joseph Quinn_
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      192 S. Hanover Street, Suite 101
      Pottstown, PA  19464
      T: (610) 323-5300
      F: (610) 323-6081

Date:  March 14, 2022       JQuinn@rqplaw.com