**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  David M. Bizal | \| | **Chapter 13** |
| Debtor(s) | \| | **BK No. 21-13212-elf** |

**PRAECIPE TO WITHDRAW NOTICE OF OBJECTION AND CERTIFICATE**
**OF SERVICE [DOCUMENT NO. 19 & 20]**

TO THE CLERK OF COURT:

      Kindly withdraw the Notice of Objection and Certificate of Service filed by

Debtor's Counsel on March 14, 2021 [Document No. 19 & 20].

                    **ROSS, QUINN & PLOPPERT, P.C.**

                    By:     */s/ Joseph Quinn_____*
                              Joseph Quinn, Esquire
                              Attorney I.D. No. 307467
                              192 S. Hanover Street, Suite 101
                              Pottstown, PA 19464
                              T: 610.323.5300
                              F: 610.323.6081
                              JQuinn@rqplaw.com

Date: <u>March 14, 2022</u>