TD Bank, N.A.
PO BOX 1931
Burlingame, CA 94011

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

In re:  DAVID M BIZAL
CHAPTER 13
CASE NUMBER: 21-13212

TO: Clerk of the Court

Please withdraw claim number 1 in the amount of $6093.36 on behalf of TD Bank, N.A.

DATED: 3/14/2022

TD Bank, N.A.

/s/  Larry Yip