IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  David M Bizal,                :        Chapter 13
        Debtor            :        Bankruptcy No.: 21-13212-elf

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed March 14, 2022 was forwarded to the following parties, as follows:

*Via First Class United States Mail on March 15, 2022:*

Larry Yip, POC Operations Analyst
TD Bank, N.A.
PO Box 1931
Burlingame, CA 94011

Mary Leibrandt, Bankruptcy Specialist
Citizens Bank, N.A.
One Citizens Bank Way JCA115
Johnston, RI 02919

Danette Murrell, Asst Vice President
Bank of America, N.A.
PO Box 31785
Tampa, FL 33631-3785

Melissa Wilson, Bankr. Sr Specialist
Discover Bank/Discover Products Inc
PO Box 3025
New Albany, OH 43054

Taiwan Anderson, Bankr. Sr. Prod. Spec.
Lighstream, a division of Sun Trust
Bank now Truist Bank
PO Box 1847
Wilson, NC 27894

Shelah A. Feldman, Paralegal
U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis, MO 63166-0108

Alexander Deegan, Auth. Agent
JPMC c/o National Bankrputcy Services, LLC
PO Box 9013
Addison, TX 75001

Angela Catherine Luedtke, Collector of Bankruptcy
First National Bank of Omaha
1620 Dodge Street, Stop Code 3129
Omaha, NE 68197

Amanda Dingus, Bankruptcy Sr Specialist
Discover Bank/Discover Products Inc
PO Box 3025
New Albany, OH 43054

Gregory P Deegan, Claims Adm.
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Steven H. Rubin, Attorney
Law Offices of Stephen H. Rubin
1109 Saunders Court, Suite 206
West Chester, PA 19380

Jeffrey Randall, Assistant Vice President
Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Jean Harmon, Bank. Spec.
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Javyn Butler, Claims Processor
LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Martin Charles Terech, Senior Recovery Specialist
HSBC Bank USA, N.A.
2929 Walden Avenue C9
Attn: Business Services
Depew, NY 14043

Laura Elizabeth Jernigan, Paralegal
U.S. Bank National Association dba Elan Financial Services
Bankrutpcy Department
PO Box 108
Saint Louis, MO 63166-0108

Portia S. Kitt, Bankruptcy Representative
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Jakeva Delesha Sherman, Paralegal
U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis, MO 63166-0108

James Parker, Bankr. Rep.
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

*via Electronic Filing (ECF on March 14, 2022:*

John A. Gagliardi on behalf of Creditor Kathleen M Bizal
jgagliardi@wgflaw.com

Alyk L Oflazian on behalf of Creditor JPMorgan Chase Bank, N.A.
amps@manleydeas.com

Rebecca Ann Solarz on behalf of Creditor Bank of America, N.A.
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                **ROSS, QUINN & PLOPPERT, P.C.**

            By:  */s/ Joseph Quinn*
                Joseph Quinn, Esquire
                Attorney I.D. No. 307467
                JQuinn@RQPLaw.com
Date: <u>March 14, 2022</u>       Counsel for Debtor