**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **DAVID M. BIZAL** | : | **BANKRUPTCY NO. 21-13212-ELF** |
| | : | |
| **Debtor.** | : | |

## STIPULATED ORDER

This stipulated order (the "Stipulated Order") is made this _____ day of March, 2022, by and between David M. Bizal ("Debtor") and Kathleen Bizal ("Claimant") through their respective counsel, as follows:

WHEREAS, on or about December 3, 2021, the Debtor filed a voluntary Chapter 13 Petition as above-captioned, and;

WHEREAS, Claimant timely filed her claim on or about February 10, 2022, in the amount of $61,866.38. See Claims Register at #25 and;

WHEREAS, on March 14, 2022 the Debtor filed an Objection to Claim #25 seeking a determination of both the allowed amount and status, and;

WHEREAS, the deadline to file an Adversary Complaint seeking a determination as to whether or not the allowed amount of Claim #25 is dischargeable pursuant to 11 U.S.C. Sections 523(a) and 1328, and Bankruptcy Rule 4007 is March 20, 2022, and;

WHEREAS, the Parties believe that a resolution of the Claims Objection by stipulated agreement may resolve all matters between them as they relate to this bankruptcy proceeding and, therefore, avoid the need for Claimant to file an Adversary Proceeding, and;

WHEREAS, the Parties believe such a resolution, if obtained, should be reached within the next sixty (60) days;

NOW, THEREFORE, with the foregoing background deemed incorporated herein by reference as if set forth at length, the parties hereto, intending to be legally bound by this Stipulated Order, and in consideration of the mutual covenants and terms contained herein, agree as follows:

1. The deadline for Kathleen Bizal to object to discharge and/or dischargeability is hereby extended to May 20, 2022.

2. This Stipulated Order may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute but one and the same instrument.

IN WITNESS WHEREOF, the parties hereto have authorized their counsel to execute this Stipulated Order.

Dated: March 15, 2022    BY:    s/John A. Gagliardi
John A. Gagliardi, Esquire
Wetzel Gagliardi Fetter & Lavin LLC
Attorneys for Claimant

Dated: March 15, 2022    BY:    s/Joseph Quinn
Joseph Quinn, Esquire
Ross, Quinn & Ploppert, PC
Attorneys for Debtor

**APPROVED AND SO ORDERED THIS _____ DAY OF MARCH, 2022.**

BY THE COURT:

_____
Hon. Eric L. Frank, U.S.B.J.