**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DAVID M. BIZAL | BANKRUPTCY NO. 21-13212-ELF |
| Debtor. | |

### STIPULATED ORDER

This stipulated order (the "Stipulated Order") is made this 19th day of May, 2022, by and between David M. Bizal ("Debtor") and Kathleen Bizal ("Claimant")(together "Parties") through their respective counsel, as follows:

WHEREAS, on or about December 3, 2021, the Debtor filed a voluntary Chapter 13 Petition as above-captioned, and;

WHEREAS, Claimant timely filed her claim on or about February 10, 2022, in the amount of $61,866.38.  See Claims Register at #25 and;

WHEREAS, on March 14, 2022 the Debtor filed an Objection to Claim #25 seeking a determination of both the allowed amount and status, and;

WHEREAS, the deadline to file an Adversary Complaint seeking a determination as to whether or not the allowed amount of Claim #25 is dischargeable pursuant to 11 U.S.C. Sections 523(a) and 1328, and Bankruptcy Rule 4007 is March 20, 2022, and;

WHEREAS, on March 17, 2022, this Court entered an Order extending the deadline for Kathleen Bizal to object to discharge and/or discharge-ability to May 20, 2022 at the Parties joint request;

WHEREAS, the Parties believe that a resolution of the Claims Objection by stipulated agreement may resolve all matters between them as they relate to this bankruptcy proceeding and, therefore, avoid the need for Claimant to file an Adversary Proceeding, and;

WHEREAS, the Parties continue to work towards a resolution of the Claims Objection with a final status hearing currently scheduled for May 31, 2022;

WHEREAS, the Parties believe a resolution, if obtained, should be reached prior to May 31, 2022 but additional time will be needed to amend the Debtor's Plan to incorporate such a resolution;

NOW, THEREFORE, with the foregoing background deemed incorporated herein by reference as if set forth at length, the parties hereto, intending to be legally bound by this Stipulated Order, and in consideration of the mutual covenants and terms contained herein, agree as follows:

1. The deadline for Kathleen Bizal to object to discharge and/or discharge- ability is hereby extended to August 31, 2022.

2. This Stipulated Order may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute but one and the same instrument.

IN WITNESS WHEREOF, the parties hereto have authorized their counsel to execute this Stipulated Order.

Dated: May 19, 2022    BY:    s/John A. Gagliardi
                              John A. Gagliardi, Esquire
                              Wetzel Gagliardi Fetter & Lavin LLC
                              Attorneys for Claimant

Dated: May 19, 2022    BY:    s/Joseph Quinn
                              Joseph Quinn, Esquire
                              Ross, Quinn & Ploppert, PC
                              Attorneys for Debtor

**APPROVED AND SO ORDERED THIS _____ DAY OF MAY, 2022.**

BY THE COURT:

_____
Hon. Eric L. Frank, U.S.B.J.