United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13212-elf |
| David M. Bizal | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 31, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David M. Bizal, 101 Kurtz Lane, Coatesville, PA 19320-1065 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2022                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| BERNADETTE IRACE | on behalf of Creditor Community Loan Servicing  LLC birace@milsteadlaw.com |
| JOHN A. GAGLIARDI | on behalf of Creditor Kathleen M Bizal jgagliardi@wgflaw.com |
| JOSEPH L QUINN | on behalf of Debtor David M. Bizal CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 31, 2022 | Form ID: pdf900 | Total Noticed: 1 |

REBECCA ANN SOLARZ on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** : | **CHAPTER 13** |
| **DAVID M. BIZAL** : | **BANKRUPTCY NO. 21-13212-ELF** |
| **Debtor.** : | |

**STIPULATED ORDER**

This stipulated order (the "Stipulated Order") is made this 19th day of May, 2022, by and between David M. Bizal ("Debtor") and Kathleen Bizal ("Claimant")(together "Parties") through their respective counsel, as follows:

WHEREAS, on or about December 3, 2021, the Debtor filed a voluntary Chapter 13 Petition as above-captioned, and;

WHEREAS, Claimant timely filed her claim on or about February 10, 2022, in the amount of $61,866.38. See Claims Register at #25 and;

WHEREAS, on March 14, 2022 the Debtor filed an Objection to Claim #25 seeking a determination of both the allowed amount and status, and;

WHEREAS, the deadline to file an Adversary Complaint seeking a determination as to whether or not the allowed amount of Claim #25 is dischargeable pursuant to 11 U.S.C. Sections 523(a) and 1328, and Bankruptcy Rule 4007 is March 20, 2022, and;

WHEREAS, on March 17, 2022, this Court entered an Order extending the deadline for Kathleen Bizal to object to discharge and/or discharge-ability to May 20, 2022 at the Parties joint request;

WHEREAS, the Parties believe that a resolution of the Claims Objection by stipulated agreement may resolve all matters between them as they relate to this bankruptcy proceeding and, therefore, avoid the need for Claimant to file an Adversary Proceeding, and;

WHEREAS, the Parties continue to work towards a resolution of the Claims Objection with a final status hearing currently scheduled for May 31, 2022;

WHEREAS, the Parties believe a resolution, if obtained, should be reached prior to May 31, 2022 but additional time will be needed to amend the Debtor's Plan to incorporate such a resolution;

NOW, THEREFORE, with the foregoing background deemed incorporated herein by reference as if set forth at length, the parties hereto, intending to be legally bound by this Stipulated Order, and in consideration of the mutual covenants and terms contained herein, agree as follows:

1. The deadline for Kathleen Bizal to object to discharge and/or discharge- ability is hereby extended to August 31, 2022.

2. This Stipulated Order may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute but one and the same instrument.

IN WITNESS WHEREOF, the parties hereto have authorized their counsel to execute this Stipulated Order.

Dated: May 19, 2022                BY:    s/John A. Gagliardi
                                          John A. Gagliardi, Esquire
                                          Wetzel Gagliardi Fetter & Lavin LLC
                                          Attorneys for Claimant

Dated: May 19, 2022                BY:    s/Joseph Quinn
                                          Joseph Quinn, Esquire
                                          Ross, Quinn & Ploppert, PC
                                          Attorneys for Debtor

# O R D E R

The foregoing Stipulation is **APPROVED IN PART**. The requested extension of time is **GRANTED**, BUT **ONLY UNTIL JULY 1, 2022**.

Date: 5/31/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

2