THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  David M. Bizal,  :  Chapter 13
           Debtor  :  Bankruptcy No.: 21-13212-elf
             :

## O R D E R

    **AND NOW**, upon consideration of the Motion to Expedite ("the Motion"), and the request for an expedited hearing on the Debtor's Motion to Sell Real Property, and sufficient cause being shown, it is hereby **ORDERED**:

1. The request for an expedited hearing is **GRANTED**.

2. A **telephonic hearing** to consider the Motion is scheduled on **June 28, 2022, at 1:00 p.m.**\*

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the case Trustee and all creditors by U.S. mail, facsimile transmission or e-mail transmission **no later than June 17, 2022**.

5. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date:  6/17/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

\* Instructions for appearing by telephone may be found on the court's website at: https://www.paeb.uscourts.gov/file/conference-call-numbers.