THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  David M. Bizal,                :     Chapter 13
        Debtor                            :     Bankruptcy No.: 21-13212-elf
                                          :

*****************
**Hearing to be Held:**
**Date:  June 28, 2022**
**Time: 1:00pm***
**Place: United States Bankruptcy Court**
          **Eastern District of Pennsylvania**
          **Courtroom #1**
          **Robert N.C. Nix, Sr. Federal Courthouse**
          **900 Market Street**
          **Philadelphia, PA 19107**
*****************

\* This hearing is telephonic and may be accessed by dialing (877) 336-1828 and entering access code 1229352

### AMENDED NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Movant David M Bizal, by and through counsel of Ross, Quinn & Ploppert, P.C., has filed a motion to sell real estate known as 101 Kurtz Lane, Coatesville, Pennsylvania 19320 and to pay commissions and customary closing costs.

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then you MUST do one of the following, as per the order expediting the hearing:

    (a).  file an answer explaining your position at

        United States Bankruptcy Court
        Eastern District of Pennsylvania
        Robert N.C. Nix, Sr. Federal Courthouse
        900 Market Street, Suite 400
        Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

1

    (b)    mail a copy to attorney for movants:

> Joseph Quinn, Esquire
> ROSS, QUINN & PLOPPERT, P.C.
> 192 S. Hanover Street, Suite 101
> Pottstown, PA  19464

    2.    If you or your attorney do not attend the telephonic hearing, the court may enter an order granting the relief in the motion.

    3.    A telephonic hearing on the motion is scheduled to be held before the Honorable Eric L. Frank, United States Bankruptcy Judge, on June 28, 2022 at 1:00 pm in:

> **United States Bankruptcy Court**
> **Eastern District of PA - Philadelphia Division**
> **Courtroom #1**
> **Robert N.C. Nix, Sr. Federal Courthouse**
> **900 Market Street**
> **Philadelphia, PA 19107**

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the bankruptcy clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

**ROSS, QUINN & PLOPPERT, P.C.**

By:    /s/ Joseph Quinn
       Joseph Quinn, Esquire
       Attorney I.D. No. 307467
       192 S. Hanover Street, Suite 101
       Pottstown, PA 19464
       T: 610.323.5300
       F: 610.323.6081
       JQuinn@rqplaw.com
       Counsel for Debtor

Date:  June 17, 2022