United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13212-elf |
| David M. Bizal | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 17, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David M. Bizal, 101 Kurtz Lane, Coatesville, PA 19320-1065 |
| cr | + | Kathleen M Bizal, c/o John A. Gagliardi, Esquire, 122 South Church Street, West Chester, PA 19382-3223 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 18 2022 00:15:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | TD BANK, N.A. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 19, 2022 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| BERNADETTE IRACE | on behalf of Creditor Community Loan Servicing  LLC birace@milsteadlaw.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 17, 2022 | Form ID: pdf900 | Total Noticed: 3

JOHN A. GAGLIARDI
    on behalf of Creditor Kathleen M Bizal jgagliardi@wgflaw.com

JOSEPH L QUINN
    on behalf of Debtor David M. Bizal CourtNotices@rqplaw.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: David M. Bizal,                :    Chapter 13
         Debtor            :    Bankruptcy No.: 21-13212-elf
                           :

## O R D E R

**AND NOW**, upon consideration of the Motion to Expedite ("the Motion"), and the request for an expedited hearing on the Debtor's Motion to Sell Real Property, and sufficient cause being shown, it is hereby **ORDERED**:

1. The request for an expedited hearing is **GRANTED**.

2. A **telephonic hearing** to consider the Motion is scheduled on **June 28, 2022, at 1:00 p.m.**\*

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the case Trustee and all creditors by U.S. mail, facsimile transmission or e-mail transmission **no later than June 17, 2022**.

5. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: 6/17/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

\* Instructions for appearing by telephone may be found on the court's website at: https://www.paeb.uscourts.gov/file/conference-call-numbers.