THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  David M. Bizal,          :        Chapter 13
         Debtor       :        Bankruptcy No.: 21-13212-elf
               :

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for David M Bizal, hereby certify that a true and correct copy of the Order dated June 17, 0222 setting an expedited hearing, the Amended Notice of Motion dated June 17, 2022, the Motion to Sell Real Estate dated June 12, 2022, the Proposed Order dated June 12, 2022, and the Exhibit A: Agreement of Sale, were transmitted to the following parties, as follows:

***Via Email on June 17, 2022 at 4:59pm:***

John A. Gagliardi on behalf of Kathleen M Bizal
jgagliardi@wgflaw.com

Bernadette Irace on behalf of Community Loan Servicing, LLC
birace@milsteadlaw.com

Alyk L. Oflazian on behalf of JPMorgan Chase Bank, N.A.
amps@manleydeas.com

Rebecca Ann Solarz on behalf of Bank of America, N.A.
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

TD Bank, N.A.
DocumentFiling@llciinc.com

Mary Leibrandt, Bankr. Spec.
Citizens Bank, N.A.
mary.leibrandt@citizensbank.com

1

Discover Bank/Discover Products Inc
mrdiscpc@discover.com

Lighstream, a division of Sun Trust
Bank now Truist Bank
Consumerbankruptcy@Truist.com

U.S. Bank National Association
poc@ourcardhelp.com

JPMC c/o National Bankrputcy Services, LLC
pocquestions@nbsdefaultservices.com

First National Bank of Omaha
aluedtke@fnni.com

American Express c/o
Becket and Lee LLP
proofofclaim@becket-lee.com

Steven H. Rubin, Attorney
Law Offices of Stephen H. Rubin
shrlaw@comcast.net

Bank of America, N.A.
card_bankruptcy_poc@bofa.com

John Lindinger, Insolvency Manager
Internal Revenue Service
John.F.Lindinger@irs.gov

LVNV Funding, LLC
c/o Resurgent Capital Services
askbk@resurgent.com

HSBC Bank USA, N.A.
James.a.lewis@us.hsbc.com

U.S. Bank National Association dba Elan Financial Services
poc@ourcardhelp.com

Citibank c/o
Portfolio Recovery Associates, LLC
Bankruptcy_Info@portfoliorecovery.com

U.S. Bank National Association
poc@ourcardhelp.com

***Via First Class Mail, Postage Pre-Paid on June 17, 2022:***

Sean Baker, CEO
World's Foremost Bank
1 Cabela Drive
Sidney, NE 69160-0001

Andrew K King
King Family Roofing
1060 Compass Road
Honey Brook, PA 19344

**ROSS, QUINN & PLOPPERT, P.C.**

By:     */s/ Joseph Quinn*
         Joseph Quinn, Esquire
         Attorney I.D. No. 307467
         192 S. Hanover Street, Suite 101
         Pottstown, PA 19464
Date: <u>June 20, 2022</u>     Counsel for Debtor