# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DAVID M. BIZAL | BANKRUPTCY NO. 21-13212-ELF |
| Debtor. | |

## STIPULATED ORDER

This stipulated order (the "Stipulated Order") is made this _____ day of June, 2022, by and between David M. Bizal ("Debtor") and Kathleen Bizal ("Claimant") (together the "Parties") through their respective counsel, as follows:

WHEREAS, on or about December 3, 2021, the Debtor filed a voluntary Chapter 13 Petition as above-captioned; and

WHEREAS, Claimant timely filed her claim on or about February 10, 2022, in the amount of $61,866.38. See Claims Register at #25; and

WHEREAS, on March 14, 2022, the Debtor filed an Objection to Claim #25 seeking a determination of both the allowed amount and status; and

WHEREAS, the deadline to file an Adversary Complaint seeking a determination as to whether or not the allowed amount of Claim #25 is dischargeable pursuant to 11 U.S.C. Sections 523(a) and 1328, and Bankruptcy Rule 4007 was March 20, 2022; and

WHEREAS, on March 17, 2022, this Court entered an Order extending the deadline for Kathleen Bizal to object to discharge and/or dischargeability to May 20, 2022, at the Parties' joint request; and

WHEREAS, on May 31, 2022, this Court entered an Order extending the deadline for Kathleen Bizal to object to discharge and/or dischargeability to July 1, 2022, at the Parties' joint request; and

WHEREAS, on June 16, 2022, Debtor filed a Motion to Sell Real Estate, and an expedited hearing on the Motion is scheduled for Jun 28, 2022; and

WHEREAS, the closing on the sale of real estate (Debtor's and Claimant's marital property) is scheduled for July 27, 2022; and

WHEREAS, the Parties believe that upon the closing of the sale of the marital property on July 27, 2022, all matters between them as they relate to this bankruptcy proceeding should be resolved and, therefore, avoid the need for Claimant to file an Adversary Proceeding;

NOW, THEREFORE, with the foregoing background deemed incorporated herein by reference as if set forth at length, the parties hereto, intending to be legally bound by this Stipulated Order, and in consideration of the mutual covenants and terms contained herein, agree as follows:

1. The deadline for Kathleen Bizal to object to discharge and/or dischargeability is hereby respectfully requested to be extended to August 1, 2022.

2. This Stipulated Order may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute but one and the same instrument.

IN WITNESS WHEREOF, the parties hereto have authorized their counsel to execute this Stipulated Order.

Dated: <u>June 27, 2022</u>　　　　　　　　　　BY:　<u>s/John A. Gagliardi</u>
　　　　　　　　　　　　　　　　　　　　　　John A. Gagliardi, Esquire
　　　　　　　　　　　　　　　　　　　　　　Wetzel Gagliardi Fetter & Lavin LLC
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Claimant


Dated: <u>June 27, 2022</u>　　　　　　　　　　BY:　<u>s/Joseph Quinn</u>
　　　　　　　　　　　　　　　　　　　　　　Joseph Quinn, Esquire
　　　　　　　　　　　　　　　　　　　　　　Ross, Quinn & Ploppert, PC


　　　　　　　　　　　　　　　　　　　　　　Attorneys for Debtor

**APPROVED AND SO ORDERED THIS \_\_\_\_\_ DAY OF _____, 2022.**

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Eric L. Frank
　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge