United States Bankruptcy Court

Eastern District of Pennsylvania

In re:        Case No. 21-13212-elf

David M. Bizal        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Jun 29, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David M. Bizal, 101 Kurtz Lane, Coatesville, PA 19320-1065 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| BERNADETTE IRACE | on behalf of Creditor Community Loan Servicing LLC birace@milsteadlaw.com |
| JOHN A. GAGLIARDI | on behalf of Creditor Kathleen M Bizal jgagliardi@wgflaw.com |
| JOSEPH L QUINN | on behalf of Debtor David M. Bizal CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2022 | Form ID: pdf900 | Total Noticed: 1 |

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** : | **CHAPTER 13** |
| : | |
| **DAVID M. BIZAL** : | **BANKRUPTCY NO. 21-13212-ELF** |
| : | |
| **Debtor.** : | |
| : | |

## **STIPULATED ORDER**

This stipulated order (the "Stipulated Order") is made this _____ day of June, 2022, by and between David M. Bizal ("Debtor") and Kathleen Bizal ("Claimant") (together the "Parties") through their respective counsel, as follows:

WHEREAS, on or about December 3, 2021, the Debtor filed a voluntary Chapter 13 Petition as above-captioned; and

WHEREAS, Claimant timely filed her claim on or about February 10, 2022, in the amount of $61,866.38.  See Claims Register at #25; and

WHEREAS, on March 14, 2022, the Debtor filed an Objection to Claim #25 seeking a determination of both the allowed amount and status; and

WHEREAS, the deadline to file an Adversary Complaint seeking a determination as to whether or not the allowed amount of Claim #25 is dischargeable pursuant to 11 U.S.C. Sections 523(a) and 1328, and Bankruptcy Rule 4007 was March 20, 2022; and

WHEREAS, on March 17, 2022, this Court entered an Order extending the deadline for Kathleen Bizal to object to discharge and/or dischargeability to May 20, 2022, at the Parties' joint request; and

WHEREAS, on May 31, 2022, this Court entered an Order extending the deadline for Kathleen Bizal to object to discharge and/or dischargeability to July 1, 2022, at the Parties' joint request; and

WHEREAS, on June 16, 2022, Debtor filed a Motion to Sell Real Estate, and an expedited hearing on the Motion is scheduled for Jun 28, 2022; and

WHEREAS, the closing on the sale of real estate (Debtor's and Claimant's marital property) is scheduled for July 27, 2022; and

WHEREAS, the Parties believe that upon the closing of the sale of the marital property on July 27, 2022, all matters between them as they relate to this bankruptcy proceeding should be resolved and, therefore, avoid the need for Claimant to file an Adversary Proceeding;

NOW, THEREFORE, with the foregoing background deemed incorporated herein by reference as if set forth at length, the parties hereto, intending to be legally bound by this Stipulated Order, and in consideration of the mutual covenants and terms contained herein, agree as follows:

1. The deadline for Kathleen Bizal to object to discharge and/or dischargeability is hereby respectfully requested to be extended to August 1, 2022.

2. This Stipulated Order may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute but one and the same instrument.

IN WITNESS WHEREOF, the parties hereto have authorized their counsel to execute this Stipulated Order.

Dated: <u>June 27, 2022</u>           BY:   <u>s/John A. Gagliardi</u>
                                      John A. Gagliardi, Esquire
                                      Wetzel Gagliardi Fetter & Lavin LLC
                                      Attorneys for Claimant

Dated: <u>June 27, 2022</u>           BY:<u>s/JosephQuinn</u>
                                      JosephQuinn,
                                      Ross, Quinn & Ploppert, PC
                                      Attorneys for Debtor

# O R D E R

**APPROVED AND SO ORDERED THIS <u>28th</u> DAY OF <u>   June   </u>, 2022.**

_____
Eric L. Frank
U.S. Bankruptcy Judge

3