**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  David M Bizal, | : | Chapter 13 |
| Debtor | : | Case No.: 21-13212-elf |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

TO THE CLERK:

    Kindly update the Court's records to reflect a new address for debtor, David M Bizal, effective immediately, to:

        16 E Farmersville Road
        Ephrata, PA 17522

By:  */s/ Joseph L. Quinn*
      Joseph L. Quinn, Esquire
      ROSS, QUINN & PLOPPERT, P.C.
      192 S. Hanover Street, Suite 101
      Pottstown, PA 19464
      Ph; (610) 323-5300
      jquinn@rqplaw.com

Date: July 28, 2022