THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  David M. Bizal, | : | Chapter 13 |
| Debtor | : | No. : 21-13212-elf |

## **PRAECIPE TO WITHDRAW THE OBJECTION TO CLAIM 25 [DOCUMENT NO. 18]**

TO THE CLERK OF COURT:

Kindly withdraw the Objection to Claim 25 filed by Debtor on March 14, 2022 [Document No. 18].

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com

Date: August 5, 2022