United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David M. Bizal  
Debtor

Case No. 21-13212-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4  
Date Rcvd: Sep 07, 2022  Form ID: 155  Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David M. Bizal, 16 E. Farmersville Road, Ephrata, PA 17522-8511 |
| 14654789 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14663581 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14654885 | + | Bank of America, NA, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 14666648 | + | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 14668254 | + | Kathleen M. Bizal, c/o John A. Gagliardi, Esquire, Wetzel Gagliardi Fetter & Lavin LLC, 122 South Church Street, West Chester, PA 19382-3223 |
| 14653495 | + | Kathleen M. Bizal, 39 Skyview Lane, Thorndale, PA 19372-1151 |
| 14653496 | + | King Family Roofing, 1060 Compass Rd, Honey Brook, PA 19344-1229 |
| 14663367 | + | Law Offices of Steven H. Rubin, 1109 Saunders Court, Suite 206, West Chester, PA 19380-4219 |
| 14657260 | | LightStream,a div of SunTrust Bank now Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 14655082 | + | PO BOX 1931, Burlingame, CA 94011-1931 |
| 14653497 | + | Steven H. Rubin, Esq., 1109 Saunders Court, Ste 206, West Chester, PA 19380-4219 |
| 14655083 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14660948 | | Email/PDF: bncnotices@becket-lee.com | Sep 08 2022 00:00:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14653481 | + | Email/PDF: bncnotices@becket-lee.com | Sep 08 2022 00:00:28 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14653482 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 07 2022 23:53:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 14654789 | ^ | MEBN | Sep 07 2022 23:48:45 | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14653483 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 07 2022 23:53:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 14656546 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 07 2022 23:53:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14653484 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 07 2022 23:53:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14653489 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 07 2022 23:53:00 | Citizens Bank, One Citizens Drive, Ms: Rop 15b, Riverside, RI 02915 |
| 14655602 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 07 2022 23:53:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, Johnston, RI 02919 |
| 14653485 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 08 2022 00:00:20 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 21-13212-elf    Doc 79    Filed 09/09/22    Entered 09/10/22 00:35:05    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: 155 | Total Noticed: 53 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14653486 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2022 00:00:24 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14653487 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2022 00:00:32 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14653488 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2022 00:00:32 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14676914 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 07 2022 23:53:00 | Community Loan Servicing, LLC, et al., 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14657019 | | Email/Text: mrdiscen@discover.com | Sep 07 2022 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 14653490 | + | Email/Text: mrdiscen@discover.com | Sep 07 2022 23:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14653491 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 07 2022 23:53:00 | First National Bank, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 14658065 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 07 2022 23:53:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 14653492 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 07 2022 23:53:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 14653493 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 07 2022 23:53:00 | Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 14655444 | + | Email/Text: amps@manleydeas.com | Sep 07 2022 23:53:00 | JP Morgan Chase Bank, National Association, c/o Alyk L. Oflazian, Esq., PO Box 165028, Columbus, OH 43216-5028 |
| 14653494 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 08 2022 00:00:11 | JPMorgan Chase Bank, N.A., Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 14666250 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 08 2022 00:00:19 | JPMorgan Chase Bank, NA, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14655204 | | Email/Text: amps@manleydeas.com | Sep 07 2022 23:53:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14657934 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 07 2022 23:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14665987 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 00:00:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14699106 | | Email/Text: amps@manleydeas.com | Sep 07 2022 23:53:00 | Nationstar Mortgage LLC, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14703266 | + | Email/Text: RASEBN@raslg.com | Sep 07 2022 23:53:00 | Nationstar Mortgage LLC, c/o ROBERTSON, ANSCHUTZ, SCHNEID,, CRANE & PARTNERS, PLLC, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| 14699104 | | Email/Text: amps@manleydeas.com | Sep 07 2022 23:53:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14715026 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2022 00:00:13 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14668211 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2022 00:00:13 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14653498 | + | Email/Text: bankruptcy@bbandt.com | Sep 07 2022 23:53:00 | Suntrust, Attn: Bankruptcy, Mail Code |

Case 21-13212-elf  Doc 79  Filed 09/09/22  Entered 09/10/22 00:35:05  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: 155 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | | VA-RVW-6290 PO Box 85092, Richmond, VA 23285-5092 |
| 14653499 | + | Email/Text: bankruptcy@bbandt.com | Sep 07 2022 23:53:00 | Suntrust Bank, Attn: Bankruptcy, Mc Va-Rvw_6290 Pob 85092, Richmond, VA 23286-0001 |
| 14653500 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2022 00:00:12 | Syncb/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14653567 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2022 00:00:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14653501 | | Email/Text: bankruptcy@td.com | Sep 07 2022 23:53:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 14668213 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 07 2022 23:53:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14657602 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 07 2022 23:53:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14653502 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 07 2022 23:53:00 | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |
| 14653503 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 07 2022 23:53:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 14653504 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 08 2022 00:00:11 | World's Foremost Bank, 4800 Nw 1st Street, Suite 300, Lincoln, NE 68521-4463 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14660949 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14660950 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 09, 2022       Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | |

on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

ALYK L OFLAZIAN
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

BERNADETTE IRACE
    on behalf of Creditor Community Loan Servicing  LLC birace@milsteadlaw.com, bkecf@milsteadlaw.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor NATIONSTAR MORTGAGE LLC cwohlrab@raslg.com

JOHN A. GAGLIARDI
    on behalf of Creditor Kathleen M Bizal jgagliardi@wgflaw.com

JOSEPH L QUINN
    on behalf of Debtor David M. Bizal CourtNotices@rqplaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: David M. Bizal
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−13212−elf

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this September 6, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Eric L. Frank
Judge ,
United States Bankruptcy Court

77 − 8
Form 155