**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

          Chapter 13

          Bankruptcy No. 21-13212-MDC

DAVID  M. BIZAL

16 E FARMERSVILLE ROAD

EPHRATA, PA 17522-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAVID  M. BIZAL

    16 E FARMERSVILLE ROAD

    EPHRATA, PA 17522-

Counsel for debtor(s), by electronic notice only.

    ROSS, QUINN & PLOPPERT, P.C.
    192 S. HANOVER STREET, SUITE 101

    POTTSTOWN, PA 19464-

Date: 10/12/2023

                                        /S/ Kenneth E. West
                                        _____
                                        Kenneth E. West, Esquire
                                        Chapter 13 Standing Trustee