**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **David M. Bizal** | : | Case No.: 21-13212 |
| | : | **Chapter 13** |
| Debtor(s). | : | Judge Eric L. Frank |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Stephen R. Franks**, who shall be substituted for Alyk L. Oflazian as counsel of record for creditor **JPMorgan Chase Bank, National Association** ("Creditor").  Alyk L. Oflazian is no longer counsel for Creditor and should not receive future notices in this case.


/s/ Alyk L. Oflazian                                   /s/ Stephen R. Franks
Alyk L. Oflazian (312912)                       Stephen R. Franks (333394)
MDK Legal                                                MDK Legal
P.O. Box 165028                                       P.O. Box 165028
Columbus, OH  43216-5028                  Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181        614-220-5611; Fax: 614-627-8181
ALOflazian@mdklegal.com                   srfranks@mdklegal.com


22-004996_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 21-13212 |
| David M. Bizal | : Chapter 13 |
| | : Judge Eric L. Frank |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * * |
| | : |
| JPMorgan Chase Bank, National Association | : Related Document # |
| | : |
| Movant, | : |
| vs | : |
| | : |
| David M. Bizal | : |
| Kathleen Bizal | : |
| Kenneth E. West | : |
| Respondents. | |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Joseph L Quinn, Attorney for David M. Bizal, CourtNotices@rqplaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

David M. Bizal, 101 Kurtz Lane, Coatesville, PA  19320

Kathleen Bizal, 101 Kurtz Ln, Coatesville, PA  19320

/s/ Stephen R. Franks

22-004996_PS