## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| David M. Bizal | : | **Case No.: 21-13212** |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Derek J. Baker** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

### <u>WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR</u>

Now comes **Adam B. Hall**, who shall be substituted for Stephen R. Franks as counsel of

record for creditor **Nationstar Mortgage LLC** ("Creditor").  Stephen R. Franks is no longer

counsel for Creditor and should not receive future notices in this case.


/s/ Stephen R. Franks                                                /s/ Adam B. Hall
Stephen R. Franks (0075345)                       Adam B. Hall (323867)
MDK Legal                                           MDK Legal
P.O. Box 165028                              P.O. Box 165028
Columbus, OH  43216-5028             Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181       614-220-5611; Fax: 614-627-8181
SRFranks@mdklegal.com                   ABHall@mdklegal.com

22-017564_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 21-13212** |
| **David M. Bizal** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Nationstar Mortgage LLC** | : | **Related Document #** |
| Movant, | : | |
| | : | |
| **vs** | : | |
| | : | |
| **David M. Bizal** | : | |
| **Kathleen Bizal** | : | |
| **Kenneth E. West** | : | |
| Respondents. | : | |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was filed electronically.  Notice of this filing will be sent to

the following parties through the Court's Electronic Case Filing System:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

   JOSEPH L QUINN, Attorney for David M. Bizal, CourtNotices@rqplaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

   David M. Bizal, 16 E. Farmersville Road, Ephrata, PA  17522

   Kathleen Bizal, 101 Kurtz Lane, Coatesville, PA  19320

/s/ Adam B. Hall

22-017564_PS